AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

☒ FILED  ☐ LODGED
**Feb 06 2026**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory |
|---|---|---|
| 26-1083MB | 02/03/2026    1459HRS | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:
A full file system extraction was performed successfully on Jesus Manuel LEON-Valenzuela's Samsung Smart Phone. The SIM card was removed from the device and an Advance Logical extraction was performed successfully. The extractions were imported into the latest version of Cellebrite Physical Analyzer. Using that software, I was able to retrieve the SIM data, calendar, call logs, contacts, emails, locations, MMS messages, notes, SMS messages, user accounts, web history, images, audio, and video.

CASE NAME: WEL2601000021
OWNER: LEON-Valenzuela, Jesus Manuel
LEGAL AUTHORITY: WARRANT
MAKE: Samsung
MODEL: SM-A146U
PHONE #: 526871960854
IMEI: 356677533690470

## Certification

　　　I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        2/6/2026

*Executing officer's signature*

Border Patrol Agent William Valdez
*Printed name and title*